No. —. QUINCE *v.* GENERAL ACCOUNTING OFFICE. January 8, 1945. Application denied.

No. 351. CARLOTA BENITEZ SAMPAYO *v.* UNITED STATES ET AL.;

No. 352. CARLOTA BENITEZ SAMPAYO *v.* BANK OF NOVA SCOTIA; and

No. 353. CARLOTA BENITEZ SAMPAYO *v.* BANK OF NOVA SCOTIA ET AL. January 8, 1945. The motion to strike briefs of the Bank of Nova Scotia is denied with leave to petitioner to file a consolidated reply within 20 days. The motion for other relief is denied. The CHIEF JUSTICE took no part in the consideration or decision of these applications.

No. —. KUCZYNSKI *v.* O'BRIEN, JUDGE. January 15, 1945. The motion for leave to file petition for writ of mandamus is denied.

No. —. EX PARTE WILLIAM T. REID. January 15, 1945. The petition for an injunction is denied.